UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

(This statement should be placed immediately preceding the table of contents in the brief of the party. See copy of 6th Cir. R. 26.1 on page 2 of this form.)

General Electric Company

v.

Champion Aerospace, Inc.

DISCLOSURE OF CORPORATE AFFILIATIONS
AND FINANCIAL INTEREST

Pursuant to 6th Cir. R. 26.1, Champion Aerospace, Inc.
(Name of Party)
makes the following disclosure:

1. Is said party a subsidiary or affiliate of a publicly owned corporation? __No__

   If the answer is YES, list below the identity of the parent corporation or affiliate and the relationship between it and the named party:

2. Is there a publicly owned corporation, not a party to the appeal, that has a financial interest in the outcome? __No__

   If the answer is YES, list the identity of such corporation and the nature of the financial interest:

_____          4-28-04
(Signature of Counsel)                    (Date)

6CA-1                                     (Over)

Page 1